# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENES KURTULU,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the U.S., et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 3:26-cv-01241-RBM-MSB<br><br>**ORDER TO SHOW CAUSE** |

On February 26, 2026, Petitioner Enes Kurtulu ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. (Doc. 1.) Petitioner then filed an Ex Parte Emergency Motion for Temporary Restraining Order ("TRO Motion") on February 27, 2026. (Doc. 2.) In the Petition, Petitioner claims his continued detention by U.S. Immigration and Customs Enforcement without an individualized custody determination violates the Immigration and Nationality Act and the Fifth Amendment's Due Process Clause. (Doc. 1 ¶¶ 24–48.)

The Court finds that summary dismissal of the Petition is unwarranted. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citation omitted).

Accordingly, Respondents are **ORDERED TO SHOW CAUSE** on or before **March 10, 2026 at 4:30 p.m.** as to why the Petition should not be granted by: (1) filing a written response; (2) filing as exhibits all documents or evidence relevant to the determination of the issues raised in the Petition, including the Notice to Appear issued to Petitioner (*see* Doc. 1 ¶ 21) and any and all relevant documents reflecting Petitioner's immigration history; and (3) making a recommendation regarding the need for an evidentiary hearing. Petitioner may file a reply on or before **March 17, 2026 at 4:30 p.m.** The matter will be deemed under submission at that time and the Parties shall await further order from the Court.

To preserve the Court's jurisdiction, and to maintain the status quo, Petitioner **SHALL NOT** be transferred outside of the Southern District of California pending a ruling in this matter. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1), TRO Motion (Doc. 2), and this Order to the United States Attorney's Office.

**IT IS SO ORDERED**.

DATE: February 27, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE